In the Matter of Ellsworth Barrows & Co., Respondent, against Town of Great Valley, Appellant.

(Argued October 3, 1934; decided October 23, 1934.)

*J. M. Seymour* for appellant.

*James S. Pierce* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.